DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIE ANN JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1454

[January 10, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562015CF002154A.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

Marie A. Johnson appeals her convictions and sentences following an open guilty plea. Her court-appointed counsel filed a motion to withdraw and supporting brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). We affirm the convictions and sentences but remand to the trial court to correct the written order of sex offender probation to indicate that Appellant entered guilty pleas to the 88 counts charged, rather than pleas of nolo contendere. *Kim v. State*, 187 So. 3d 950 (Fla. 4th DCA 2016).

*Affirmed and remanded with instructions.*

DAMOORGIAN, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***